UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 AUG -4 AM 11: 29

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DASHAWN MARQUIS THORNTON,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)(vi)<br>21 U.S.C. § 841(b)(1)(C)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Prohibited Person in Possession of a Firearm)

1. On or about May 5, 2022, in the Southern District of Ohio, the defendant, **DASHAWN MARQUIS THORNTON**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit: a Smith and Wesson, model M&P, .40 caliber pistol, serial number NCN4221; a BCM Rifle Company, model BCM 4, .223-5.56 caliber rifle, serial number A076618; a Taurus, PT111 G2A, 9mm pistol, serial number TL084774; and a CZ model P-10C, 9mm pistol, serial number E079112, said firearms having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

## COUNT 2
### (Possession with Intent to Distribute Controlled Substances)

2. On or about May 5, 2022, in the Southern District of Ohio, the defendant, **DASHAWN MARQUIS THORNTON**, did knowingly and intentionally possess with the intent to distribute:

> a. 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance; and
>
> b. Less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi ) and (b)(1)(C).**

### FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **DASHAWN MARQUIS THORNTON**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to the following firearms and ammunition seized during the execution of a search warrant at 387.5 Chittenden Avenue, Columbus, Ohio, on or about May 5, 2022:

> a. One Smith and Wesson, model M&P, .40 caliber pistol, bearing serial number NCN4221;
>
> b. One BCM Rifle Company, Model BCM 4, .223-5.56 caliber rifle, bearing serial number A076618;
>
> c. One Taurus, PT111 G2A, 9mm pistol, bearing serial number TL084774;

   d.  One CZ model P-10C, 9mm pistol, bearing serial number E079112; and

   e.  All associated ammunition, including:

     i.  Approximately 26 rounds of .40 caliber ammunition; and

     ii.  Approximately 23 rounds of 9mm ammunition.

**Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

        A True Bill.

        *S/ FOREPERSON*
        **GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**ELIZABETH A. GERAGHTY (0072275)**
Assistant United States Attorney